## Contact

www.linkedin.com/in/andyhopper1 (LinkedIn)

### Top Skills
3rd Line Support
Cisco Routers
Cisco IOS

### Certifications
ccnp

# Andy Hopper
Design Consultant at Juniper Networks
Bournemouth

## Summary

A strong network engineering background consisting of (but not limited to) the installation, maintenance and troubleshooting of large or small scale infrastructures consisting of routers, switches, console servers and optical transport equipment as well as extensive exposure to wireless and voice platforms.
Possession of relevant skills to be able to troubleshoot and maintain and repair various network components on the infrastructure including routers, switches, console servers and optical transport equipment.
Ability to verify capacity and perform ad-hoc rerouting of traffic or implement traffic management (qos/cos)

Skilled in dealing with RMA requests through OEM vendors as well as perform tracking, maintaining and updating internal asset inventory of defective and replacement parts.

Schedule and perform network maintenance, repair, and upgrade tasks as needed while limiting the impact on the production network

Provide support and expertise to teams located at remote data centres and be the liaison for them,  work with other teams such as facilities and DC engineers to enlist their assistance with items such as power and racks as well as fault location and rectification of any cabling issues whether copper or fibre as well as identifying the relevant transmission devices.

Very Strong working knowledge of Juniper(mx, ptx, srx and ex) / Cisco (IOS and Nexus and XOS) as well as Arista devices and Facebook open compute platforms,  strong knowledge of DWDM technology as well as being able to troubleshoot devices such as Ciena/Cyan and Infinera and also troubleshooting of optical repeaters,  possesses strong working knowledge of Linux OS (debian or redhat) for tools like (but not restricted to) netcat,  TCP

dump, nmap etc as well as a complete understanding of bash and Python scripts.

Perform queue management for alarms, tasks and incidents as well as participating in ongoing deployment projects as well as ensuring all internal documentation is updated.

---

## Experience

Juniper Networks
Design Consultant
December 2018 - Present (2 years 5 months)
London, Greater London, United Kingdom

BMI Group (Roofing & Waterproofing)
Senior Network Engineer
May 2018 - December 2018 (8 months)
London, Greater London, United Kingdom

Senior network engineer architecting and scaling the recent merger of the global business.

Facebook
Network Engineer
November 2016 - May 2018 (1 year 7 months)
London, Greater London, United Kingdom

• Installed, configured, monitored, troubleshooting, and maintained large scale infrastructure utilising advanced knowledge in Cisco Nexus 2000/5000/7000 switches, Cisco ASR 9922 routers, Juniper MX960, MX480 and PTX5000, Facebook Network Appliance.
• Developed and kept an up to date inventory of all production systems ensuring readiness to mitigate security risks whilst handling RMA request through OEM vendors.
• Providing high levels of technical support to teams locate in remote data centres whilst collaborating with other teams to ensure the attainment of project goals.
• Demonstrating exceptional skills in using scripting environment consisting mainly of python and bash scripting tools.
• Ensuring up to date, relevant and efficient documentation such as RMA whilst providing training for the team on a global level and enabling them to perform additional requirements for their position through the provision of tools.

• Leading a multi functional European team (EMEA) and utilising excellent interpersonal skills to motivate, train and schedule task to ensure quality performance and meeting of deadlines.

Apple
Network Engineer
June 2016 - November 2016 (6 months)

• Established a comprehensive efficient network environment by designing systems configuration, directing installation and commissioning of network equipment.
• Successfully generated wireless heatmaps, and SSIDs as well as collaborating with 3rd party vendors to guarantee regular maintenance and ensure adherence to scope of communication.
• Interacted and negotiated with vendors, outsourcers, and contractors to secure network products and services.
• Provided high level technical support and operational support for network infrastructure devices whilst practicing network inventory management.
• Upgraded the existing equipment and arranging relevant RMA of devices and components as required which consisted of Cisco 6500, 4500 as well as 4948 3550,2950 and 3950 devices, Juniper MX960, MX480,MX140 and SRX410 device as well as Cisco CAP36** CAP37** series wireless devices.

CORETX
4 years 6 months

Network Engineer
January 2014 - June 2016 (2 years 6 months)

• Created and maintained documentation as it relates to network configuration, network mapping, processes, and service records.
• Developed, implemented and maintained policies, procedures, and associated training plans for network administration, usage, and disaster recovery.
• Assigned as primary provisioning engineer for all new customer services into the network and ensure HLD and LLD are created and signed off to meet correct standards and details are fully documented, this consists of face to face meetings and technical conference calls to keep the proposed solution on time, meets customer satisfaction and sets correct expectations for successful delivery of the projects.
• Utilised excellent interpersonal skills to interact and negotiate with vendors, outsourcers, and contractors to secure network products and services.

• Spearheaded the migration project for the integration of customers from Cisco platform to Juniper platform ensuring updates and tactical integrations are performed as well as monitoring and troubleshooting.

• Assigned as lead engineer for wireless deployment services offered by C4L to remote business customer base, consisting of troubleshooting and configuration as well as interact and negotiate with vendors, outsourcers, and contractors to secure network products and services.

3rd Line Network Support Engineer
January 2012 - January 2014 (2 years 1 month)

C4L is a leading data centre colocation and connectivity solutions provider, we have access to over 100 UK data centres and more than 300 globally. In these data centres we offer a range of services including colocation, connectivity, cloud and communications. We have our own data centre located on the South West coast and operate a private, high-capacity, 1-100Gb capable fibre-optic network. This network is entirely Cisco based and links multiple data centres across the UK using a diverse fibre optic backbone and DWDM technology to provide very high performance.

C4L is now in its 13th trading year and our clients include government agencies, FTSE 250 companies, international financial institutions, system integrators, top 100 VARs, resellers and many of the UK's network carriers. Our entire business is committed to customer satisfaction and quality of service and we have achieved certifications such as ISO9001 & 27001 to demonstrate this. C4L was the 2012 winner of HSBC's South West Business Thinking initiative, and has been ranked in the Deloitte Technology Fast 50 and Fast 500 EMEA, as well as the Sunday Times Microsoft Tech Track 100.

I Systems Limited
Project Engineer
April 2009 - December 2011 (2 years 9 months)

Technical Support Specialist working within Data centres providing support for all aspects of equipment installation (from Cabling (single mode, multimode, cat5, 5e & 6) as well as electrical 3 phase installs and equipment racking/stacking, Field Engineer for Orange (EE) primary role of installing Cisco networking equipment into remote switch sites as well as Tellabs, Ciena, Huawei equipment and ensuring required end2end connectivity by creating and installing base configurations on equipment. ensuring all work is fully documented and meets/exceeds required standards and SLA's.Core network engineer for EE.

Role included:

Installation of all aspects of
network infrastructure, both optical & data,both in rack and through EE's ODF/ APF frames, including testing & fault finding.
Installation & testing of both AC & DC power.
Installation of various types of telecoms equipment.
Liasing with various other departments within EE such as planning, to ensure planning files are updated correctly, and to notify of any changes to design whilst installation is ongoing.
Reporting any issues,both current & potential to the conformance team.
Early engagement of 3rd party companies,for work on EE sites to ensure the engineers are following EE's installation process,along with making sure health & safety regulations are followed.

Porschmode
Mechanical Engineer
October 2005 - March 2009 (3 years 6 months)
Bristol, United Kingdom

Full time mechanical engineer on Porsche cars for a Specialist garage, this included all levels of service and repair as well as MOT inspection, additional role as a scrutiniser on race preparation for customers vehicles to ensure they passed the required scrutenering process on race days.
Personal Sideline as motorcycle mechanic providing race ready motorcycles to customers and ensuring they are ready for track day/race day hire and ensuring they meet high safety standards required for the public sector, this encompassed all levels of motorcycle maintenance and repair as well as upgrading the motorcycles to a race ready standard to ensure the customer is able to compete at the highest levels.

Capgemini
3rd Line Systems Administrator
March 2000 - October 2005 (5 years 8 months)

Microsoft NT Team
Working within the Microsoft team which had been newly formed within Capgemini, owner of customer's systems which involved the initial project formation through to full system ownership within Capgeminis domain.
All system aspects covered, from backup to new projects.
Skills used.

IIS, Active Directory, NFS, disaster recovery.

## Education

Malmesbury