

# Press Release

View printer-friendly version                                    << Back

## Equinix Innovates for the Future of Cloud-Based Solutions With Juniper Networks

Juniper's High-Performance Routing Enables Equinix Cloud Exchange to Enable Virtual Cross Connect; Boost Speed and Performance of Elastic Cloud Services

SUNNYVALE, CA, Oct 30, 2014 -- Juniper Networks today announced that Equinix a global interconnection and data center company, has deployed Juniper Networks(R) MX Series 3D Universal Edge Routers in 19 markets to support its Equinix Cloud Exchange(TM), an advanced interconnection solution that enables seamless, on-demand and direct access to multiple cloud services and multiple networks across the globe.

As enterprises move more and more applications into the cloud -- often hosting them with disparate public cloud service providers -- they require a simple and central location to access and manage content. Equinix leverages the Ethernet VPN capabilities of Juniper's MX Series routers to simplify cloud access, creating private environments between cloud providers and their customers -- both present at Equinix colocation data centers. Equinix plans to leverage Juniper's technologies to help customers address escalating demands for mobility and virtualization within enterprise networks. Additionally, the MX Series routers provide Equinix and its customers with access to software-defined networking (SDN) and Network Function Virtualization (NFV) architecture.

Equinix Cloud Exchange requires both the unique interconnection policies needed by its cloud service provider partners and the flexible infrastructure needed by the businesses that use these services. Equinix chose Juniper's MX Series for the advanced architecture that separates control, management, services and forwarding planes to provide maximum scale and intelligent service-delivery capabilities.

News Highlights

Juniper's MX Series routers enable Equinix to simplify cloud access, creating private environments between cloud providers and their customers.

By leveraging the MX Series routers, Equinix can provide both the flexible infrastructure and scalable service that its customers require, as well as the unique interconnection policies required by its cloud service provider partners.

Equinix selected the MX Series routers for its investment-protecting alignment with Juniper's SDN and NFV strategy.

Supporting Quotes

"Enterprises need simple, scalable, direct access to services in order to build flexible hybrid cloud solutions. Equinix Cloud Exchange provides that, with the automated interconnection of cloud, network and managed service providers with advanced service orchestration. Equinix is committed to innovating for the future of cloud and Juniper's MX Series was the right solution to provide differentiated cloud services to our customers." - Steve Smith, chief executive officer, Equinix

"Thousands of MX customers have validated the need for massive scaling and reduced complexity of cloud-based services. The MX Series allows Cloud Builders like Equinix to remove the barriers that currently hinder innovation, like manual provisioning, and the difficulty of managing multi-cloud deployments. Juniper's High-IQ solution allows Equinix to automate operations and virtualize network functions to enable agile service creation, reduce operations complexity and capture greater market opportunities." - Shaygan Kheradpir, chief executive officer, Juniper Networks

Additional Resources

Investor Relations

Juniper MX Series Ethernet Switches: http://www.juniper.net/us/en/products-services/routing/mx-series/
Juniper.net Community: www.juniper.net/community
Juniper on Twitter: https://twitter.com/Junipernetworks
Juniper on Facebook: http://www.facebook.com/JuniperNetworks

About Juniper Networks in Routing Juniper Networks was born from a willingness to challenge conventional thinking. Our routing solutions are the result of some of the industry's most groundbreaking innovations across every aspect of networking technology: in silicon, systems and software. They continue to be the industry benchmark for performance, scale and rapid services deployment, giving customers a competitive advantage as they set out to build the best networks on the planet.

About Juniper Networks Juniper Networks JNPR, +1.39% delivers innovation across routing, switching and security. From the network core down to consumer devices, Juniper Networks' innovations in software, silicon and systems transform the experience and economics of networking. Additional information can be found at Juniper Networks (www.juniper.net) or connect with Juniper on Twitter and Facebook.

Juniper Networks and Junos are registered trademarks of Juniper Networks, Inc. in the United States and other countries. The Juniper Networks and Junos logos are trademarks of Juniper Networks, Inc. All other trademarks, service marks, registered trademarks, or registered service marks are the property of their respective owners.

Statements in this press release concerning Juniper Networks' prospects, future products and prospective benefits to customers are forward-looking statements that involve a number of uncertainties and risks. Actual results or events could differ materially from those anticipated in those forward-looking statements as a result of certain factors, including delays in scheduled product availability, the company's failure to accurately predict emerging technological trends, and other factors listed in Juniper Networks' most recent reports on Form 10-K and 10-Q filed with the Securities and Exchange Commission. All statements made in this press release are made only as of the date of this press release. Juniper Networks undertakes no obligation to update the information in this release in the event facts or circumstances subsequently change after the date of this press release. Any future product, feature, enhancement or related specification that may be referenced in this press release are for information purposes only, are subject to change at any time without notice and are not commitments to deliver any future product, feature, enhancement or related specification. The information contained in this press release is intended to outline Juniper Networks' general product direction and should not be relied on in making a purchasing decision.

Media Relations:
Corey Olfert
Juniper Networks
+1 408 936-6064
Colfert@juniper.net