## Contact

www.linkedin.com/in/wejay (LinkedIn)

## Top Skills

Data Center
Network Engineering
Cisco Technologies

## Languages

Hindi (Limited Working)
English
Tamil

## Certifications

MCSA (Microsoft Certified Systems Administrator) - Windows server 2003
Lean Six Sigma White Belt Certification
Lean Six Sigma Yellow Belt Certification

## Honors-Awards

2011 CTO Award
CNA Recognition

# Vijayakumar Sethuraman

Director, Network Engineering and Operations at Equinix
Singapore

## Summary

Experienced Network Engineering and Operations professional working in Internet Data Center

Experience Summary:
- Data Center Network designing and deployment
- IP Transit services on Brocade MLX / Juniper MX480, EX4200
- Internet Traffic engineering / bandwidth management
- Internet Service Provider port turn up / terminations
- Internet Exchange on Brocade MLX-16, MLXe-32
- Corporate IT Network on Cisco Routers and switches
- Metro Connect on DWDM (Infinera DTN/ATN, BTI 7200/7800, Ciena 6500)
- Metro Ethernet Exchange on Alcatel Lucent ESS-12
- Network gear migrations
- Customer port migrations from old to new platform
- IPv6 Deployment
- Request for Proposal (RFP) - Compare, Evaluate, and Short List vendors
- Proof Of Concept (POC) on newly shortlisted network gears
- Evaluate and Certify new Network gears for production roll out
- Evaluate Network software (JUNOS, IronWare) before production roll out
- Updating documentations and diagrams
- Vendor Management

---

## Experience

**Equinix Asia Pacific Pte Ltd**
20 years 11 months

Director, Network Engineering and Operations
March 2019 - Present (2 years 2 months)
Singapore

Senior Manager, Network Engineering and Operations

March 2016 - February 2019 (3 years)

Manager, Network Engineering and Operations
August 2015 - February 2016 (7 months)
Singapore

- Managing a team of Network engineers in APAC region, that handles Engineering and Operations of,

* IP Transit Network

* Internet Exchange (Peering platform)

* Cloud Exchange

* Metro Connect (DWDM based service)

* Mobility Exchange (Global Roaming Exchange)

Principal Engineer, Network Engineering and Operations
March 2015 - July 2015 (5 months)
Singapore

* Lead engineer for Equinix Cloud Exchange platform in APAC region

Sr Network Engineer
September 2008 - February 2015 (6 years 6 months)

* Data Center Network designing, deployments and management of Network platforms in Asia Pacific

- Singapore SG2 (Aug 2009)

- Sydney SY3 (May 2011)

- Hong Kong HK2 (Sep 2011)

- Tokyo TY4 (July 2013)

* Lead engineer for overall DWDM Metro Connect platform in Asia Pacific

* Lead engineer for Equinix Connect - IP Transit platform in Asia Pacific

Sr Network Operations Engineer
June 2000 - August 2008 (8 years 3 months)
singapore

* Manage Customer requests and Trouble tickets

* First Level Network Troubleshooting

* Data center Facilities monitoring

* Reporting Key Operating Indicators (KOI)

Asia Pacific Internet Exchange (APIX)
APIX Steering Committee Member
February 2018 - February 2020 (2 years 1 month)

The Times of India
Executive
April 1999 - June 2000 (1 year 3 months)
Chennai Area, India

Network infrastructure and IT systems support.

---

## Education

### National Institute of Technology Tiruchirappalli
B.E., Electronics and Communication Engineering · (1995 - 1998)

### KLN Polytechnic, TN, India
Diploma, Electronics and Communication · (1990 - 1993)