



# Verizon 400G Trial Demonstrates Interoperability, Juniper and Ciena Platforms First Up

Posted on January 26, 2018 by Phil Britt          Share

Carrier Evolution          Ethernet          Juniper          Optical          Vendors          Verizon



Home » Verizon 400G Trial Demonstrates Interoperability, Juniper and Ciena Platforms First Up

Verizon says it has successfully completed a field trial using 400 Gbps Ethernet speeds on a single wavelength. The Verizon 400G trial used MPLS core routers over a packet-optical network. The trial is believed to be an industry first.

This trial demonstrated interoperability of equipment from two different suppliers and the capability to quadruple the typical capacity carried on a wavelength, according to Verizon, and was a critical step in advancing 400 Gbps transmission and router technology.

**Verizon 400G Trial**

Held in December 2017 using the Verizon network in the Dallas area, the trial tested traffic





"We're delivering more content and capacity than ever from our network and we're gearing up to do more," said Lee Hicks, vice president of network planning for Verizon, in a prepared statement. "The appetite from consumers and businesses alike continues to grow. We're building the future now."

"This is an exciting time in our industry as live 400G trials and deployments are ramping up, proving that future networks will adapt to handle the next wave of high-speed applications and services," said Steve Alexander, Ciena chief technology officer. "This trial leveraged WaveLogic Ai – the latest generation of Ciena's coherent optical technology, which can give Verizon greater competitive advantage and ensure its network will meet growing customer bandwidth demands."

"As network traffic continues to grow at an accelerated rate and 5G proliferates, communications carriers and equipment providers must not only work together but also be agile, quickly leveraging new standards and technologies as they become available to rapidly innovate and expand the capability of core networks, said Sally Bament, Juniper Networks service provider marketing vice president, in a prepared statement.

*Image courtesy of flickr user Matthew Wilson.*



# Related Articles



### Verizon C-Band Plans Detailed, Service to Be Known as 5G Ultra Wideband

by Joan Engebretson

### Verizon Expands 5G to More Cities

by Telecompetitor

### Verizon 5G Business Internet Fixed Wireless Extends Reach to 21 More Markets

by Bernie Arnason



# Join the Conversation

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

**Email ***

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

**POST COMMENT**

| Contact Us | Whitepapers | Fixed Wireless | Market Research |
| | | 5G | Mobile |



Published by:



ADVERTISE WITH US

All images, brands, company, and product names are trademarks or registered trademarks of their respective owners. © 2021 Pivot