## Contact

www.linkedin.com/in/aamir-khan-2359b967 (LinkedIn)

## Top Skills

VPN
Chassis Cluster
NAT

## Certifications

JNCIA
JNCIS
JNCIE
CCNP
JNCIP

# Aamir Khan

Sr. Network Engineer at Zoom Video Communications
New York

## Summary

Work Authorization: US Permanent Resident/ Green Card.

::::::::::::::::::::: Industry certification level :::::::::::::::::::::

Juniper Networks Certified Expert - Service Provider Routing & Switching # 2781 ( JNCIE -SP )

Juniper Networks Certified Expert - Data Center # 132 ( JNCIE -DC )

Juniper Networks Certified Expert - Security                # 274  ( JNCIE -Sec )

Juniper Networks Certified Expert - Enterprise Routing and Switching # 675  ( JNCIE -ENT )

Cisco Certified Network Professional ( CCNP )

Cisco Certified Network Associate    ( CCNA )


::::::::::::::::::::: Skills :::::::::::::::::::::

• Profound knowledge of the following networking protocols: TCP/IP, IPv4/IPv6, static routing, RIP, OSPF, ISIS, BGP, MPLS, L3VPN, VPLS, RSVP, LDP, VXLAN, EVPN, SNMP, VLAN, J-flow, Logical Systems.

• Working knowledge of network security features: Firewall filter, (ACL)/security Policies, NAT, IPsec VPNs, SSL-VPN, HA chassis cluster, DDOS attacks, UTM, DHCP.

• Experience with Authentication Protocols (Radius / LDAP)

• Proficiency with Wireshark network analyzer software, IXIA testing tool

• Operating systems: Windows, Linux

• Junos Platform Automation using Python, PyEZ, XML, Ansible & Event Script

---

## Experience

### Zoom
Sr. Network Engineer at Zoom Video Communications
October 2020 - Present (7 months)
New York City Metropolitan Area

- Optimize reliability, performance, supportability, and security of Zoom's infrastructure.
- Provide technical input in reviewing architecture, policies, and procedures to ensure that security, backup, fail-over, alerting, and disaster recovery mechanisms are in place.
- Act as an escalation point between service delivery/support team and engineering to help identify and troubleshoot service problems.
- Ensure production environments and data centers are equipped with the proper levels of resources and are designed correctly to scale per business needs.
- Participate in and review testing procedures for change and configuration management in production environments.
- Analyze and resolve video infrastructure faults and undertake routine preventative measures as well as kick-off new initiatives to avoid service degradation's.
- Identify and assist in implementing monitoring to ensure health, performance, and security of Zoom's production and non-production cloud infrastructure.
- Plan automated backups and fail-over configurations.
- Develop capacity plans for new and existing video infrastructure.
- Work closely with software engineers to implement new data center technologies.

### Palo Alto Networks
Palo Alto Networks Sr. TAC engineer
August 2019 - October 2020 (1 year 3 months)
Santa Clara, CA

Provide post-sales technical support, configurations, troubleshooting, and standard methodologies to customers via phone, e-mail, and web.
Architecture level Troubleshooting on various next generation firewalls series (PA-7000, PA-52000, PA-3200, PA-800. PA-220) and Panorama ( M-200 and M-500/WF-500/600)
Handle complex support cases to ensure issues are recorded, tracked, resolved, and follow-ups finished in a timely manner.
Work to reproduce critical customer, use fault isolation and root cause analysis skills to diagnose and tackle complicated technical issues.
Have a thorough understanding of software release and bug cycles
Conduct multi-vendor troubleshooting
Publish Technical Support Bulletins and other user documentation in the Knowledge Base.
Build a positive customer experience by working closely with ETAC, Engineering, Sales, Quality Assurance, and Marketing
Responsible for reviewing user documentation for training materials, technical marketing collateral, manuals, problem-solving guides, etc.

Juniper Networks
6 years 2 months

Customer Focused Technical Support Engineer - 4 - M / T / MX / PTX
April 2016 - July 2019 (3 years 4 months)
Greater Boston Area

Providing Focal Technical support and handle high priority issues for Advanced Services customers like Verizon, Google, ATT on Juniper Networks routing products.
Ownership of Complex issues and Customer situations.
Architecture level Troubleshooting on various Juniper products - MX2020 MX2010 PTX5000 PTX3000 T640, M320, MX960, MX480, MX80, Junos fusion QFX5100, EX4300 and multichassis
platforms like TX Matrix and TX Matrix Plus.
Troubleshooting Service Provider/Enterprise problems Escalated from Primary TAC Team
Managing Customer/Sales Escalations on reported problems and resolve it with a fix or with an immediate workaround.
Interact closely with JUNOS Engineering for any fix on Software/Hardware related problems.
Documenting technical notes via Knowledge Base and White Paper

### Technical Support Engineer - 2 - J / SRX
June 2013 - March 2016 (2 years 10 months)
Greater Boston Area

Provide technical support for customers on the Juniper security product lines, including J-Series and SRX-series security gateways

o Data Center High-end Firewalls- SRX3400, SRX3600, SRX5600, SRX5800

o Routers – J2320, J2350, J4350, J6350

o Branch Security Gateways- SRX100, SRX210, SRX220, SRX650

Analyze and/or configure live networks supported with Juniper products

Real time interaction with clients to troubleshoot various routing, switching and firewall security issues

Work cross-functionally with other groups including engineering, field services, logistics and account teams

Perform detailed lab setups and problem replications, customer network configuration assistance and network debugging

Provide post-mortem system failure analysis

Create Knowledge Base articles once root cause has been determined to assist in future support center troubleshooting

Adhere to strict performance metrics while delivering best-in-class customer service and support

### Blue Cross and Blue Shield Association
Intern: Network Engineer
May 2012 - August 2012 (4 months)

Perform in depth troubleshooting and resolution

Full installation support of networking infrastructure (racking, cabling, configuring & mgmt.)

Allocation and mgmt. of IP Addresses, switch port allocations and VLAN assignment.

Manage and monitor ISP circuits and issues

Document network problems & resolution within the trouble tickets & creates post-mortem reports

WLAN Analysis- Optimization of BCBSA wireless network

Hardware:

-Cisco Switches – (3500 – 6500 series)

-Cisco Router – (2800 – 3800 series, ASR 1000)

Network Management System:

-Cisco Network Compliance manager (NCM)

-NetBrain

-Lancope StealthWatch Management Console

Google India Pvt. Ltd
GIS Representative
February 2011 - July 2011 (6 months)

Crowdsourcing- Plotted real time traffic onto Google Maps

Implemented Fast Route Planning

Exact shortest path in large (time dependent) road networks

Fast queries (point-to-pint, many-to-many)

Fast processing

Faster update operation

Low space consumption

Debugged the geospatial data sent through satellites

Geo-route Bug Fix-it: Fixed highest number of bugs from Hyderabad team

Worked on a special project to map Japan in 72 hours, in the wake of powerful earthquake

---

## Education

### University of Maryland
Master of Sciences, Telecommunication Engineering

### Vellore Institute of Technology
Bachelor, Electronics and Communication Engineering