## Contact

www.linkedin.com/in/vinaykallesh
(LinkedIn)

## Top Skills

TCP/IP
Wireless
Integration

## Languages

English

## Certifications

Amazon Web Services Cloud Practitioner
AWS Certified Solution Architect (In-Progres)
CCIE
CCIE
Transitioning from Manager to Leader

## Honors-Awards

Customer Support Excellence Award

# Vinay Kallesh

Technical Leader at Juniper Networks
San Francisco Bay Area

## Summary

An accomplished Senior  Technical Leader with comprehensive hands-on expertise in the field of Computer Networking. Proven skills in Technical project management, Testing/QA, Software development and Customer Success. Skilled working  in a fast paced and highly matrixed organization. Goal-oriented technical leadership with strong conflict resolution, negotiation skill and ability to influence a wide range of decision makers. Always maintained a "can do" and a "go getter" spirit.

Industry:
Data networks, Telecommunication, Wireless, Mobile Computing & Medical IT infrastructure.

Experience Highlights:
- Held leadership roles in product development, strategy, support and sustenance.
- Strong leader in Enterprise routing, Cloud Infrastructure (IaaS), Data Center
Switching,  Virtualization and in Enterprise Mobility.
- Created automation suites, adopted Agile/Scrum process and CI/CD process.
- Good experience in setting up and managing electronic Healthcare monitoring solutions using
Wireless technologies.
- Proficient in Core Routing, Wireless mobility solution, Cloud Infrastructure (IaaS/SaaS), Data Center
Switching for Enterprise/ Service provider networks. Healthcare Network Infrastructure and HIPAA
regulations.

Specialties:
Cisco, Juniper Routing, Switching, Motorola wireless (Mobile Computing) Design and Deployment.
Expertise:

Core Routing & Cloud Infrastructure and Data Center Switching & Virtualization, Wireless 802.11, IP Protocols, QoS, MPLS, Contrail SDN,  Security,  VxLAN and EVPN.

- Currently working towards Cyber Security, AWS Certified Solution Architect Certification and PMP

## Experience

Juniper Networks
Senior Manager
January 2011 - Present (10 years 4 months)
San Francisco Bay Area

Responsible for Engineering Escalation Supporting Cloud Data Center Infrastructure for customers like ATT, Google, Microsoft, AMZN, Equinox, Oracle and Dropbox.
• Oversaw the product deployment, testing, and support for QFX5100, QFX10K series data center
switches, Core IP/MPLS switch (T4000) & Converged Super core packet (PTX5000)
transport. These are the industry's most advanced network gear for cloud infrastructure.
• Reported keys issues to senior management on a weekly basis to highlight customer trends and
soft areas in Engineering software to focus on.
• Responsible for triaging, root-causing the problem and provide appropriate software fixes.
• Managed global Engineering locations & automated major customer use case testing on Python.
• As continuous delivery improvement model used automated tools & scripts to close gaps in
testing and constantly improved regression. Familiarity with the scrum model.
• Planned business operations including yearly Capex/Opex management, budgeting and staffing
totally over 10 million plus.
•       Worked closely in matrix managed environment with Software, Hardware, Manufacturing, ASIC
and Product Management teams to support delivery of world-class products.

- Encouraged and represented test teams in technical forums, TL9K audits and release cycles for key
customers.
Ranked as one of the top technical managers.

### Calix
Senior Technical Staff - Consultant
2010 - 2010 (less than a year)

Setting up a test integration group for software testing on an optical switch. This group tested end to end for access grade customers on the C7 Multiservice, E-series and the GigaFamily of products integrating voice, video & data networks. The team is the first line of defence by testing qualifying the software before going in to other verification testing. Other activities involved setting up the lab, creating test documentation, writing of scripts, provided daily sanity & weekly progress.Interacted with satellite engineering teams to collaborate testing requirements.

### Harris Corporation
Manager, Wireless System Integration
2009 - 2010 (1 year)

Managing a System Integration team responsible for an Enterprise Class of public safety wireless products. Products include, OpenSky, EDACs power of IP and P25. Worked closely with development teams, other test groups & Customers for providing integration support.

### Kaiser Permanente
Manager, Infrastructure Support
2005 - 2009 (4 years)

Involved in the deployment of a nationwide complex wired and wireless LANs for the company's premier project (Health Connect) for clinician's to access &update electronically patient health records. Managed a multi-million project from complete planning, configuration, layout, testing and post deployment support for 13 Kaiser hospitals' IT infrastructure group. Introduced acceptance testing which lead to smoother wireless deployment at all hospital with less interruption post deployment. These project gave me a good experience with OSHA and HIPAA regulations.

### Caspian Networks
Member Technical Staff
2004 - 2005 (1 year)

Key Customer release senior test engineer for ISIS, L2VPN, LDP, MPLS and QoS features on Carrier grade core router. As member of staff I had the frist hand opportunity to build the labs, setup the automation frame work besides assisting in hiring and working from HW group to SW group for integration testing and customer demos to meet sales and PLM requirements.

Motorola Mobility
Test & Validation Manager
2002 - 2004 (2 years)

Launched a 12 member Test & Customer Response team from ground up to provide testing support for software development activity and providing solutions to customers at offshore locations. This was first of the teams to test scanner and mobility solutions along with wireless infrastructure using 802.11 B/N/G full integration. Started the customer response team to support APAC customers for the wirless & mobility solutions. Ranked in top tier and awarded the best team in 2003.

Caspian Networks
Member Technical Staff
2000 - 2002 (2 years)

Member Technical Staff, System Verification & Integration Testing
Duties included testing for IP protocols & System services and staffing, lab management and coordinating software releases with offsite teams.

---

# Education

### Indiana State University
MS, Math & Computer Science

### University of Mysore
B.S, Electronics & Communication