## Contact

www.linkedin.com/in/rogini-p-64243916 (LinkedIn)

## Top Skills

Software Quality Assurance
System Testing
Test Automation

# Rogini P.

Software/System Test Engineer at Juniper Networks
San Jose

## Summary

Highly motivated, customer centric Network Test Engineer with over 10+ years of experience in testing network routing protocols and test automation development
• Extensive knowledge in network protocols, mpls and traffic engineering
• Handled critical escalations involving complex network debugging and troubleshooting, root cause analysis and ensuring timely and effective support
• Strong Team player and highly adept at training, managing and mentoring team members with new technologies and development
• Merit award for performance - Best Tester (Individual), Best Project (Team award), Department spotlight awards (Inside and outside groups)

---

## Experience

**Juniper Networks**
Software Test Engineer
March 2011 - Present (10 years 2 months)
Sunnyvale

Working as a Product Delivery Test Engineer Lead for Facebook, testing wide range of networking protocols (OSPF,ISIS,BGP,MPLS,RSVP,LDP, RSVP-TE) and technologies associated with Juniper's MX-series (MX-2020, MX-960, MX-480, MX-240, MX-80) routers and PTX series (PTX1000, PTX5000, PTX10002-60C, PTX10008).
• Lead Facebook network testing efforts in Product Delivery Test team
• Design, develop and execute network test solutions for customers (Facebook, Google and Yahoo)
• Automate the tests using Python and Robot Framework  to run in the regression for the future service releases and new products
• Study customer network and build testbed topologies based on customer deployment

• Develop system test-plans comprising of diverse test-cases, perform end to end system testing, document and track
issues to closure
• Understand and diagnose network issues seen in customer environments
• Perform lab replications for customer defects and work with engineering teams to resolve software defects found in customer network

Feature Test Engineer
• Tested features such as RSVP, MPLS-TE, Auto-bandwidth, soft and hard preemption, link and node protection, FRR, ECMP and LSP load balancing
• Experienced in testing Packet Forwarding Features such as Firewall, Cos/QoS, sflow, Interface and fiber optics testing, link aggregation, Interface channelization, auto-channelization and platform testing

Brocade
Software Test Engineer
January 2010 - February 2011 (1 year 2 months)

Brocade's Fibre Channel over Ethernet (FCoE) is an encapsulation protocol that builds on the success of Fibre Channel combined with new lossless Ethernet to solve server I/O challenges in the data center. I have been involving on testing QoS features in Fibre Channel Switches and Converged FCoE Switches (Brocade 8000, Brocade 8470 IBM Blade Center), FC Embedded OEM Platforms (IBM, Dell, HP, Huawei, FSC and Hitachi) and FCoE Embedded Platforms (IBM, Dell).
• Test Ethernet, CEE, and FCoE features on CEE embedded switches.
• Test QoS features on FC switches and FCoE switches
• Automation using Tcl/tk

Riverbed Technology
Software QA Intern
June 2009 - September 2009 (4 months)

Riverbed Steelhead appliance provides WAN optimization across the broadest range of application. I have been involving on Steelhead appliances inter-operability testing with Cisco's WCCP protocol and Citrix ICA protocol. Manual testing effort has been automated using Perl scripts wherever applicable.
• Riverbed Steelhead appliance QoS feature testing
• Setup and configure a complex network topology using Cisco Routers and Switches with Riverbed Steelhead appliance
• Define and configure the routing protocol path between Cisco Routers and Riverbed steelhead appliance in WAN network

• Perform different test scenarios and captures the TCP packets during test operation.
• Analyze the TCP packets using Wire shark, tcpdump and validate the actual results with defined expected results
• Traffic Generators used - Iperf, pload, netcat and netperf

Dell EMC
Software Development Intern
May 2008 - May 2009 (1 year 1 month)

EMC File Virtualization Test Automation Framework was designed and integrated into single unified test environment using Perl and Shell scripts for internal development team to run the regression over the newly developed code. It helped them to reduce Engineering bottle neck and QA cycles during development cycle of new feature set.
• Design and Integrated Test Automation Frame work using Perl and Shell scripts
• Automatic build discovery, system upgrades, auto debug and data gathering
• Email notification to inform a product defect with gathered information
• Cisco 2800 Router and Cisco Catalyst 2950 switches configuration
• VMWare ESX server, VMWare Workstation and VMWare Server 2 Installation, Setup and configuration

## Education

San Jose State University
M S, Software Engineering (3.85 GPA), Computer Networking · (2007 - 2009)

University of Madras
Bachelor of Engineering, Computer Science · (2000 - 2004)