## Contact

www.linkedin.com/in/ericdlakes
(LinkedIn)

### Top Skills

Product Management
Program Management
Network Deployment

### Languages

English (Native or Bilingual)
Spanish (Limited Working)

### Certifications

Project Management

### Honors-Awards

CEO Excellence Award

# Eric D. Lakes

Telecom Executive: Account Mgmt. | Engineering & Operations Leadership | Program Mgmt.
Bellevue

## Summary

Dynamic, results oriented leader with general management perspective. Established history of successfully introducing new products and delivering complex network deployments into top tier wireless, exchange carrier, and enterprise service provider networks. Trusted advisor with proven service delivery performance record and experience leading corporate initiatives at the executive level.

---

## Experience

**Juniper Networks**
Complex Product Implementation Leader, AT&T Account
January 2013 - Present (8 years 4 months)
Redmond, WA

Directing new product introduction, certification, and life cycle management of Juniper's flagship hardware and software products, burgeoning cloud based Enterprise and SD-WAN solutions, and expert professional services deployments into AT&T national lab and production network environments in support of AT&T strategic deployment campaigns including: Neo EPC, MetroCell, and Domain 2.0 (AT&T, Integrated Cloud - AIC, Network Cloud) and FirstNet.  Accountable for Juniper Routing, Switching, Security, and NFV/SDN product solutions including: Juniper MX / EX / NFX / QFX, Service Delivery Gateway (SDG), Universal Access Router (ACX), Security Service Gateway (SRX/vSRX), Network Management platform (Junos Space, Network Director), and Cloud based solutions (uCPE, Contrail Networking, Contrail Service Orchestration SD-WAN, Appformix, MIST).

**Ericsson Inc.**
Director Customer Support, T-Mobile USA Account
April 2010 - February 2012 (1 year 11 months)
Bellevue, WA

Cultivated and maintained executive relationships with T-Mobile USA national operations and engineering teams responsible for engineering, deployment, and sustaining support of the Ericsson voice & packet core, 2G & 3G RAN,

OSS, and IN & Charging Systems installed base. Directed Ericsson service delivery for T-Mobile's South and Central regions.

### Nortel Networks
14 years 4 months

**Director Customer Operations, Northwest Major Accounts**
September 2008 - May 2010 (1 year 9 months)
Bellevue, WA

Governed executive customer service relationships and operations support for Nortel's CDMA, GSM, VoIP, IPTV, optical, and enterprise data networking product and services installed base for the T-Mobile-USA, TELUS, Motorola, Qwest, Clearwire, and US Regional (20+) accounts.

**Director Data Product Management, Microsoft-Nortel Alliance**
November 2006 - August 2008 (1 year 10 months)
Bellevue, WA

Established new product stream for the monetization of legacy Nortel data networking portfolio integration into Unified Communications solutions jointly developed with Microsoft. Delivered solution roadmap, R&D budget, go-to-market strategy, sales readiness training, and market evangelism for new jointly branded solutions for branch office, application optimization, and integrated security / network management solutions.

**Customer Operations Leader, Global Accounts**
March 2002 - October 2006 (4 years 8 months)
Bellevue, WA

Led product deployment, sustaining operations, technical support and customer engagement for Nortel installed base of 2G & 3G RAN, voice core, and packet data network deployed in the Cingular Wireless (previously AT&T Wireless) national network footprint, including the 3G GSM/UMTS network footprint of affiliate Edge Wireless.

**Director Business Operations, Americas**
October 2000 - March 2002 (1 year 6 months)
Richardson, TX

Executive Assistant to President, NA Sales responsible for over 70% of global corporate revenue. Coordinated meetings with Top 100 customer Chief Executives, developed messaging and content for internal forums and external marketing events delivered by President, facilitated annual account planning with executive cabinet, and conducted executive cabinet quarterly business reviews.

### Senior Manager Network Maintenance & Support, CLEC Accounts
January 2000 - October 2000 (10 months)
Richardson, TX

Built teams in 7 states to support new regional customer relationship with start-up broadband service provider PRISM, LLC. Deployed and managed voice & data equipment co-located in local exchange carrier central offices.

### Senior Manager Systems Engineering, Independent Operator Accounts
February 1996 - December 1999 (3 years 11 months)
Richardson, TX

Managed team of Systems Application and Field Engineers dispersed across 5 geographic regions responsible for engineering custom DMS wireless and wireline solutions for national installed base of over 2000 Independent Operating companies.

---

## Education

### Texas A&M University
Bachelor of Science (BS), Engineering Technology - Telecommunications · (1989 - 1994)

### Naveen Jindal School of Management, UT Dallas
Master of Business Administration (MBA), Executive MBA - Finance, Marketing, Global Leadership · (1998 - 2000)