## Contact

www.linkedin.com/in/bhushan-saindre-b0006525 (LinkedIn)

## Top Skills

CCNP
CCNA
TCP/IP

## Languages

**Marathi** (Full Professional)
**Hindi** (Professional Working)
**English** (Full Professional)

## Honors-Awards

Graduate Scholarship Award
Graduate Scholarship Award

# Bhushan Saindre

Network Engineer at AT&T
Asbury Park

## Summary

I am a CCNP Route and Switch Certified network engineer working for AT&T as a contractor. I am responsible for designing, implementing, troubleshooting, planning and optimizing network architectures. I work in the AT&T labs to recreate scenarios and implement solutions to see if it passes all the required criteria. Currently, I am working on AWS Certified Solutions Architect certification.

I have hands-on experience on Cisco IOS-XR, IOS-XE & CatOS, Juniper Mx series, Ciena, Arista and Spirent Test Center etc. I am comfortable in working on routing protocols like OSPF, EIGRP. BGP , switching concepts like spanning tree and redundancy protocols and QOS etc. I am actively working on developing other skills like scripting, automation and virtualization.  I am also actively working on improving knowledge of wireless technologies like 802.11 n,g,ac.

I am self-driven and I always look for the latest technologies available in the market to excel in the field of computer networking.

———

## Experience

**AT&T**
Network Engineer
September 2015 - Present (5 years 8 months)
Middletown, New Jersey

• Contractor
• Design, implement, troubleshoot, plan and optimize network architectures using fundamentals of routing, switching and QOS.
• Respond to escalations caused by network technology issues and/or customer issues.
• Optimize network performance, interoperability, and robustness by configuring and testing new network equipment.

•Implement and troubleshoot QoS in LAN and WAN networks.

•Work on technology insertion projects, which include upgrades, migrations, new feature enablement, and other relevant projects.

•Create scripts to automate the testing process and improve productivity.

•Experience in working with Cisco 7609, 2941, ASR 901, ASR 903, ASR 9010, NCS 5501 and Juniper MX-480.

## Finger Lakes Technologies Group, Inc.
### Network Engineer
July 2015 - August 2015 (2 months)
Rochester, New York Area

•Contractor

•Responsible for testing various network devices to verify whether they meet the technical requirements of the FLTG network and the clients.

•Circuit designing as per the requirement of clients of FLTG.

•Monitor and troubleshoot the layer 2 and layer 3 transport network of FLTG.

## Rochester Institute of technology
### Research Assistant
January 2015 - May 2015 (5 months)

•Research and study how SDN can be integrated with enterprise technologies (Voluntary Work).

•Research and find how fault management can be introduced in data centers using SDN and SNMP.

•Worked with the python based POX controller to write the flow tables of the nodes in the network.

## DSM Infocom Pvt. Ltd.
### Network Engineer
June 2012 - April 2013 (11 months)

• Responsible for migration of the older network (D-link Switch) of the bank( Syndicate Bank RRB, India) to the Cisco infrastructure.

• Worked on routers of the series 1921 &1941 and switch of the series catalyst 2900.

• Remote monitoring and troubleshooting the network for connectivity issues which require the knowledge of routing protocols, GRE tunnels, CDMA-3G technology

• Worked with the infrastructure engineering and delivery teams to ensure that the network infrastructure remains proper & performs to standard.

• Co-operated with ISP & project partner companies on escalated issues.

Active System
Network Engineer
June 2011 - May 2012 (1 year)

• Researching, testing, configuring, installing, and maintaining IP network equipment
• Performing network management functions
• Performing problem management for IP networks
• Providing advanced support to Engineering team and other personnel

Accord Electronics Pvt Ltd.
Project Intern
August 2010 - May 2011 (10 months)
Vasai, India

• Developed 'Vehicle Analytics and Tracking System' for Accord Electronics, Vasai, which was developed as part of the course work for the final year (fourth year) of B.E. Electronics in the year 2010-2011.
• This project was based on the concepts of wireless telecommunication technologies, network services and embedded systems.
• Vehicle Analytics and Tracking System (VATS) is used for real-time tracking and positioning of any vehicle by using Global Positioning System (GPS) and General Packet Radio Service (GPRS).

_____

# Education

## Rochester Institute of Technology
Master of Science (M.S.), Telecommunications Engineering · (2013 - 2015)

## Vidyalankar Institute Of Technology
Bachelor of Engineering (B.E.), Electrical and Electronics Engineering · (2007 - 2011)