## Contact

www.linkedin.com/in/faisal-imdad-a603b013 (LinkedIn)

## Top Skills

Switches
TCP/IP
VPN

## Languages

Urdu (Native or Bilingual)
Hindi (Professional Working)
Punjabi (Native or Bilingual)

## Certifications

Cisco Certified Networking Professional -Enterprise

Cisco Certified Network Professional (CCNP)

Juniper Networks Certified Professional, Service Provider Routing & Switching (JNCIP-SP)

Juniper Networks Certified Associate, Security (JNCIA-SEC)

Cisco Certified Specialist - Enterprise Advanced Infrastructure Implementation

# Faisal Imdad

Network Engineer | SDN - Cisco ACI - Juniper Contrail | SD-WAN - Cisco Viptela - Juniper Contrail CSO
London

## Summary

I am a dynamic and experienced Senior Network/Security automation Engineer, possessing over 12 years of UK based and a total of 14 years of experience in Finance, Oil&Gas, Service Provider & Telecoms space. I have been involved in designing, implementing and support different network solutions and I boast excellent technical, analytical and problems solving skills.
• Network Automation, Scripting using Python NAPALM/Netmiko, Perl, Ansible, Django.
• Experience in Cloud Technologies and Cloud Platforms including AWS, Google GCP, and MS Azure.
• Software-defined Networking (SDN) – Cisco ACI (APIC), Cisco Viptela (SD-WAN), SD-WAN Juniper Contrail, Juniper CEM, Juniper CSO SD-WAN, OpenDaylight (ODL), OpenFlow (OF).
• More than 15 years of experience in various Cisco products, including the Cisco ACI 9K series and the Cisco Nexus product line. Cisco routing products including but not limited to (ASR 9k, ASR1K 18xx, 28xx, 29xx, 72xxVXR) series. Cisco switching, including Nexus 9k, 7k, 5k, 3k & Catalyst switches.
• Cisco ACI (Application Centric Infrastructure) Nexus 9K.
• Expert in Juniper M, MX, QFX, EX, ACX, PTX, J, and SRX Series.
• Juniper NorthStar Controller SDN, Juniper AppFormix.
• More than 8 years of experience in Juniper M Series, MX Series, E Series, J Series and SRX.
• Routing protocols BGP, MP-BGP, EIGRP, OSPF, IS-IS, RIP, MPLS, RSVP, LDP, and LSP.
• Experience in Firewalls Cisco ASA, Palo Alto, Check Point, Fortinet, PFS Sense, Juniper SRXs.
• Experience in Firewalls CISCO NG-ASA, Palo Alto, Check Point, Fortinet, PFS Sense, Juniper SRX
• Experience in DMVPN, IPSec, PPTP/L2TP, Sit-to-Site, Remote Access, ACLs and VLANs
• OpenStack, Kubernetes and Docker Containers.
• Linux Distributions RedHat,CentOS,Ubuntu,Fedora,Debian

• Network Automation, Scripting using Python NAPALM/Netmiko, Perl, Ansible, Django
• YML, JSON, YANG
• Ethereal / Wireshark, Windump, TCPdump, Nmap
• Riverbed Technologies: SteelHead, SteelFusion, SteelConnect, CMC
• In-depth knowledge of VOIP technologies and protocols such as SIP, Skinny, MGCP, H.323
• EVPN VXLAN, EVPN MPLS.
• TCP / IP/LAN/ WAN
• Redundant protocols HSRP, VRRP, and GLBP.
• NGN (Next Generation Networks)
• IPv4 / IPv6
• SDSL, ADSL, SDM, Sonnet
• Network Load Balancer (F5), BIG-IP GTM/LTM/APM, BigIQ and A10
• SolarWinds, Observium, NetBrain, PRTG
• VMware. Citrix
• SNMP
• VPN Configuration / IPSec / L2TP / L2 MPLS VPNs / L3 MPLS VPN.
• TACACS / Radius Configuration
• Managing and Maintaining Window Servers.
• Configure and Manage Linux as DNS/DHCP/SMTP/Radius server/ Free Switch

## Experience

Bloomberg LP
Network Engineer with Automation
July 2012 - Present (8 years 10 months)
London, United Kingdom

• Responsible for Bloomberg EMEA network; LAN & WAN technologies, Firewall technologies, TCP/IP, Multicast, Proxies, Linux.
• Support Bloomberg AWS Cloud Market Data solution.
• SD-WAN with Cisco Viptela. vManager, vSmart policy configuration.
• Responsible for Terminals connectivity, Market data, FEEDs & FIX sessions, Pricing.

- One of my main achievements during this employment is that I have automated daily Core Network checks. On daily bases and weekly bases, we run many core network checks including all MPLS LSP status, Interface status of all main core Telco links. Pre/Post planned maintenance checks. I have scripted and automated all those checks which save lots of time and minimize the human error aspect.
- Implementation and Support of the Bloomberg Private Wide Area Network for the EMEA region.
- Cisco, Juniper, and Nortel Router Support and Linux/Windows Server Support.
- Support and some Design of the following protocols: OSPF/RIP/BGP/MPLS
- Project Management includes troubleshooting, planning installation, and management to strict timescales.
- Clear and timely administration of internal ticket systems.
- Perform Network service migration.
- Work with customers to design and Implement Network solutions for large multinational organizations.
- Implement changes required by the customer or suggested by Bloomberg.
- Support of the Bloomberg Private Wide Area Network for the EMEA region.
- Linux/Windows Server Support.

Projects:
- JunOS M, MX, SRX series image upgrade.
- Core network switch upgrade to Nexus 5K/6K.
- Traffic shaping.
- Services migration from Juniper ERX to Juniper M series.

Cisco
Senior Network Automation Engineer
November 2013 - March 2018 (4 years 5 months)
London, United Kingdom

Worked as Senior Network Security Automation Engineer with Cisco Umbrella, formally known as OpenDNS and Cisco Cloud Web Security (CWS). I was involved in designing and implementing various network infrastructures. Worked on Network automation tool to achieve zero touch config management.
During my time we delivered more than 15 new DCs.

Responsibilities:
- Network automation using Python, Ansible, Django, jinja2 and YAML.

• Design, implement and support core IPv4 and IPv6 network for Cisco Cloud Web Security.
• Worked on Cisco ASR 9k, ASR1k, Nexus N9K, N7K, N5K, N3K, Catalyst 3700 and ASA-5585-SSP60.
• Routing protocols MPLS, BGP, EIGRP and OSPF.
• UCS, NetApp
• LAN/WAN design, configuration and support.
• Configuration and troubleshooting IP NAT, PAT, VLANs, Layer 2/3 technologies.
• Design and implement DMVPN network between 16+ different co locations.
• Configurations of various ADC (Application deliver controller) / Load Balancers including A10 Load balancer.

Advanced Wireless Technology Group
Senior Network & Security Engineer
June 2012 - November 2013 (1 year 6 months)
London, United Kingdom

AWTG is an end-to-end technical service provider that offers extensive expertise, knowledge, tools and experience in support of Network Operators, Vendors and Government Bodies across the full spectrum of wireless and wired technologies.

My Responsibilities
• Design and implement core IP network for indoor/outdoor WiFi Networks.
• Managing 3G data offloading on WiFi Network (65 AP) in central London.
• Support and manage Wireless Mesh Networking.
• WLAN Security ("WEP", WPA & WPA2 / AES, 802.1x, EAP, PEAP, LEAP, TKIP), L2/L3/Fast Roaming.
• Wireless Control System (WCS), Cisco Network Control System (NCS), Ruckus Zone Director, WDS, Controller based infrastructures.
• Cisco, Juniper, Ericson and Nortel Router Support and Linux/Windows Server Support.
• Design and Implement following routing protocols: OSPF/RIP/BGP/MPLS
• Project Management include troubleshooting, planning installation and management to strict timescales.
• Vendor liaison, Vendor management and Client Management.

Vectone
Senior Network & Security Engineer
March 2011 - July 2012 (1 year 5 months)

London, United Kingdom

Vectone Mobile is one of the biggest MVNO in UK providing Telecom services in 5 countries across the Europe. Vectone has three data centres and more than 1600 servers. I was involved in design and implementation of 4th Data Centre. I was responsible to Implement, manage and maintain all Core IP Networking Infrastructure.

Main Responsibilities:

Design and implement new data centre according to business requirement.
Configuration and maintaining GPRS services for 3 countries. (Mainly GGSN Configuration)
Installation and configuration of Radius (Linux based Radius) and Diameter protocols for authentication and charging.
Configuration and maintaining Cisco ASA 55xx series.
Configuration and maintaining Check Point Firewalls.
Configuration and maintaining PFSense Firewalls.
Configuration of CISCO Routers (7200, 2921, 2600, 1800) and Switches (6506, 6509, 4505, 3750x, 2960G & S) according to network design requirements.
Configuring, troubleshooting, managing and monitoring all the Data Centre related equipment including routers, switches, firewalls, Servers.
VPN configuration, Remote Access. Site to site VPN configuration.
Configuring and managing PBX using FreeSwitch.
I am responsible of managing public DNS and private DNS and DHCP Servers.
Achievements:
Designed and configured ISP services for Vectone and made Vectone as Broadband Service Providers.
Designed and implementing new Data Centre for Vectone, mainly for VOICE and Web services.
Looking forward to implement more than 300 servers in new Data Centre.

Nexus System Technologies
Network Engineer
June 2010 - March 2011 (10 months)
London, United Kingdom

I joined Nexus as technical support engineer. Nexus provide Network Solutions and 2st/3nd Line

Network Support, Desktop Support. I worked mainly on CISCO and Window products.

Role Responsibilities:
Work with other team members to build scalable LAN/WAN infrastructure.
Design and implement Network IP Infrastructure.
Configure Cisco Routers and Switches at all level. Very confident to work with Catalyst 65xx series,
4505, 29xx and 37xx.
Work in VMware / Citrix environment.
Implement and manage Blackberry Enterprise Server with Microsoft Exchange Server 2003/2010
Installation/Configuration of Windows 2000/2003/2008 Server, Active Directories.
Client side OS I have worked with Window 98, 2000, XP, Vista and Window 7.
Configuration of Cisco ASA 5520, 5540, 5550, Check Point, PF Sense Firewalls according to
business requirement.
Configuration and maintenance of different network services and servers - included SNMP( Simple
Network Management Protocol), SMTP( Simple Mail Transfer Protocol), DNS( Domain Name
Services), DHCP( Dynamic Host Configuration Protocol), NTP( Network Time Protocol), FTP( File
Transfer Protocol), IIS.

Contractor - Network Engineer
IP Network Engineer
April 2007 - June 2010 (3 years 3 months)

From October 2008 to June 2010 I have worked with different short and long term contracts. I have worked with some big companies on key positions like BT (British Telecom) as Network Engineer. Victoria College as Network administrator. Common areas I have worked in are

Role Responsibilities:
• Work with other team members to build scalable LAN/WAN infrastructure.
• Work in VMware / Citrix environment.
• Installation/Configuration of Windows 2000/2003/2008 Server, Active Directories.
• Design, Implement and Manage Microsoft Exchange Server 2003/2010.

• Work with BES (Blackberry Enterprise Server).
• Implementing, Managing and Maintaining Window Servers 2000/2003/2008 Network Infrastructures.
• Planning, Implementing, and maintaining Windows Server 2000/2003 Active Directory.
• Client side OS I have worked with Window 98, 2000, XP, Vista and Window 7.
• Configuration of Cisco ASA (Adaptive Security Appliance) , PIX (Private Internet Exchange) and Check Point Firewalls according to business requirement.
• Install and Configure CISCO Routers and Switches according to network design requirements.
• Experience in building flexible TCP/IP networks including firewalls, VPN technologies, performance monitoring and application switches.
• Configuration and maintenance of different network services and servers – included SNMP( Simple Network Management Protocol), SMTP( Simple Mail Transfer Protocol), DNS( Domain Name Services), DHCP( Dynamic Host Configuration Protocol), NTP( Network Time Protocol), FTP( File Transfer Protocol), IIS and HTTP( Hyper Text Transfer Protocol).
• Configure different routing and switching protocols according to design and requirements - including STP, VTP, HSRP and VRRP. In routing protocols RIP, EIGRP, BGP, OSPF and IP protocol.
• Design and implement Wireless LAN and configure wireless access points.

Chenab College of Information Technology
Assistant Network Administrator
January 2003 - March 2007 (4 years 3 months)
Gujrat, Pakistan

Role Responsibilities:
Work with other team members to build scalable LAN/WAN infrastructure.
Work in VMware / Citrix environment.
Installation/Configuration of Windows 2000/2003/2008 Server, Active Directories.
Design, Implement and Manage Microsoft Exchange Server 2003/2010.
Work with BES (Blackberry Enterprise Server).
Client side OS I have worked with Window 98, 2000, XP, Vista and Window 7.
Configuration of Cisco ASA, PIX and
Check Point Firewalls
Experience in building flexible TCP/IP networks including firewalls, VPN technologies,

Configuration and maintenance of different network services and servers - included SNMP, SMTP, DNS, DHCP, NTP, FTP, IIS and HTTP.
Configure of STP, VTP, HSRP and VRRP. In routing protocols RIP, EIGRP, BGP, OSPF and IP protocol.

Design Group Policies and implement them and verify that group policies meet the company policies.
Client side window was window 2000 professional later upgraded to window XP professional.
Installation and Configuration of LAN up to 200 Computers divided in to two labs in one campus, using
CISCO Catalyst 6506, 4506, 3750 series switches and implement TCP / IP.
Configuration and management of VLANs, using 802.1Q and Inter VLAN Routing.
Router configuration to enable VLANs and WAN for connectivity between the campuses.
Installation and configuration of CISCO Routers to enable NAT/PAT (Network/ Port Address
Translation) services implemented ACL (Access Control List) and configured router to connect LAN to

I.T.G Computers
Technical Support Engineer
January 2000 - December 2002 (3 years)
Gujrat. Pakistan

ITG Computer was just a computer sales and services shop when I join in Jan 2000. In October
2000 I bring Network Support Services in I.T.G using my skills and academic knowledge. When I left,
I.T.G was one of the leading Network Solution providers in the City.

Role Responsibilities:
To understand of customer requirements and design and implement network solution.
Network Administration, 1st / 2nd Line Technical Support and Desktop Support
CV

---

# Education

University of Westminster
MSc, Broadband; High Speed Communication Networks · (2007 - 2008)

University of the Punjab, Lahore
MSc, Information Technology · (2005 - 2007)

Chenab College of Information Technology
Post Graduate Diploma, Computer Networks · (2004 - 2005)

University of the Punjab, Lahore
Bachelors, Computer Sciences · (2000 - 2004)