Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT:***
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| 1. Your Name:* Lawrence Hadley | 7. Your Phone Number: (310) 553-3000 |
| 2. Your Email Address: * lhadley@glaserweil.com | 8. Full Case Number (if applicable): 3:21-cv-03073 |
| 3. Receipt Number:* 097-15894599 | 9. Fee Type:* ☐ Attorney Admission / ☒ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Transaction Date:* 4-27-2021 | |
| 5. Transaction Time:* 15:49:41 | |
| 6. Transaction Amount (Amount to be refunded):* $402.00 | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

My secretary ran out of time on the website when opening a new case and her computer stopped working correctly, therefore, she initiated a new case to open and completed for case no. 3:21-cv-03075, which fees have been paid. At this time, please refund receipt no. 097-15894599 in the amount of $402.00 for the case that did not proceed (case no. 3:21-cv-03073 and please close this case).

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |