LAWRENCE M. HADLEY - State Bar No. 157,728
lhadley@glaserweil.com
STEPHEN E. UNDERWOOD - State Bar No. 320,303
sunderwood@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
Core Optical Technologies, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>                 Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation, EQUINIX, INC., a Delaware corporation, VERIZON COMMUNICATIONS, INC., a Delaware corporation, GOOGLE LLC, a Delaware limited liability company, AT&T, INC., a Delaware corporation, and BLOOMBERG L.P., a Delaware limited partnership.<br><br>                 Defendants. | CASE NO: 21-cv-03075-VKD<br><br>**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS** |

1  WHEREAS, Plaintiff Core Optical Technologies, LLC ("Core") and Defendants Apple Inc., Equinix, Inc., Verizon Communications, Inc., Google LLC, AT&T, Inc., Bloomberg L.P. (together, the "Defendants") (collectively, "the Parties") have stipulated to a stay of the proceedings in this case, while the underlying case between Core and Juniper (N.D. Cal. Case No. 21-cv-02428 ("the *Juniper* case")) proceeds;

WHEREAS, the Parties represent that the resolution of certain issues in the *Juniper* case could potentially streamline issues in this case;

WHEREAS, the Parties agree that, during the stay, Core may seek discovery from Defendants via Rule 45 subpoena(s) served in the *Juniper* case, and that the Defendants reserve all rights to object to any such subpoena (except to object based on the entry of this stay); and,

WHEREAS, the Court finds that judicial and party economy would be best served by granting the Parties' requested stay.

THEREFORE, for good cause shown, it is HEREBY ORDERED THAT:

1. All proceedings between Core and the Defendants, except proceedings pursuant to Rule 45 in the *Juniper* case, are hereby STAYED;

2. The Parties shall meet and confer, and jointly report to the Court regrading continuation of the stay and the requested duration of the stay, on or before the earlier of: (i) May 31, 2022; or (ii) two weeks before the final pre-trial conference in the *Juniper* case; and

3. This stay shall remain in effect until dissolved by order of the Court.

**IT IS SO ORDERED**

Date: _____     _____
                                Hon. Virgina K. DeMarchi