UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CORE OPTICAL TECHNOLOGIES, LLC, | |
|---|---|
| Plaintiffs, | Case No. 21-cv-03075-WHO   (WHO) |
| v. | **ORDER OF RECUSAL** |
| APPLE, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph D.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: June 17, 2021



WILLIAM H. ORRICK
United States District Judge